ALLEN R. DERR
Attorney at Law
200 North 3rd Street
Suite 8
P.O. Box 1006
Boise, Idaho 83701-1006
Telephone: (208) 342-2674
Facsimile: (208) 342-2676
ISB #911

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM CLYMER, ANNE CLYMER AND SAMUEL CLYMER, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BOISE POLICE DEPARTMENT OF THE CITY OF BOISE, OFFICER B. COX, OFFICER C. HURTY, OFFICER #3, OFFICER #4, OFFICER #5, OFFICER #6, OFFICER #7, OFFICER #8, OFFICER #9, THE CITY OF BOISE, a governmental body politic and corporate and a governmental subdivision of the State of Idaho, OFFICERS JOHN AND/OR JANE DOES I-X AND AND JOHN AND/OR JANE DOES I-X <br><br> Defendants. | CASE NO. 1:10-cv-00198-EJL <br><br><br><br> STIPULATION TO DISMISS WITH PREJUDICE |

      COME NOW THE Plaintiffs, by and through his attorney Allen R. Derr and the Defendants by and through, through their attorney Scott B. Muir, and stipulate that all claims against the Defendants in the above case may be dismissed with prejudice, with each party bearing their own costs and attorney fees.

*STIPULATION TO DISMISS WITH PREJUDICE - 1*

DATED This 15th day of August, 2011.

_____          _____
ALLEN R. DERR                            SCOTT B. MUIR
Attorney for Plaintiff                   Attorney for Defendants